# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SALVADOR ALCANTAR-BACA,<br><br>　　　　　　　Defendant. | CASE NO. 11CR2846-BTM<br><br>**JUDGMENT OF DISMISSAL** |

FILED AUG 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Information:

8:1326(a) and (b)

---

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 17, 2011

JOHN P. COONEY
UNITED STATES MAGISTRATE JUDGE